1  EDWARD A. TREDER
   State Bar No. 116307
2  GRACE K. EVERITT
   State Bar No. 245844
3  **BARRETT DAFFIN & FRAPPIER**
   **TREDER & WEISS, LLP**
4  20955 Pathfinder Road, Suite 300
   Diamond Bar, CA 91765
5  (972) 340-7918 – Phone
   (972) 341-0783 – Fax
6  GraceE@BDFGroup.com
   File No. 20100177900549
7

8  Attorneys for Plaintiff, Norwest Financial Acceptance, Inc. dba Wells
9  Fargo Financial Retail Credit, Inc.,

10             IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  NORWEST FINANCIAL ACCEPTANCE, INC. doing business as WELLS FARGO FINANCIAL RETAIL CREDIT, INC., its successors and/or assigns, | CASE NO.  3:10-CV-04257-MEJ |
| | UNLIMITED CIVIL |
| | ASSIGNED FOR ALL PURPOSES TO: HON. MARIA-ELENA JAMES, ROOM B |
| Plaintiff, vs. | |
| BRAD A. ZAZZETTI, an individual; PEGGY SUE ZAZZETTI, an individual; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA, a Delaware corporation; ADMINISTRATOR OF THE U.S. SMALL BUSINESS ADMINISTRATION, an agency of the government of the United States of America, and DOES 1 through 10, inclusive, | [PROPOSED] **ORDER DISMISSING DEFENDANT ADMINISTRATOR OF THE U.S. SMALL BUSINESS ADMINISTRATION ("SBA") AND REMANDING THIS ACTION TO THE CALIFORNIA SUPERIOR COURT, PURSUANT TO STIPULATION** |
| Defendants. | |

///

1

[PROPOSED] ORDER DISMISSING SBA & REMANDING ACTION, PURSUANT TO STIPULATION
CASE NO. 3:10-CV-04257-MEJ

All parties herein who have appeared in this action, including Defendant ADMINISTRATOR OF THE U.S. SMALL BUSINESS ADMINISTRATION ("SBA") and Plaintiff NORWEST FINANCIAL ACCEPTANCE, INC. doing business as WELLS FARGO FINANCIAL RETAIL CREDIT, INC ("Plaintiff"), having stipulated to a dismissal of the aforesaid Defendant SBA from this action and to remand this action back to State court, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY:

**ORDERED THAT** Defendant ADMINISTRATOR OF THE U.S. SMALL BUSINESS ADMINISTRATION ("SBA") is hereby dismissed from this action; and it is further

**ORDERED THAT** this action is remanded back to the Superior Court of the State of California for the County of Orange since this Court no longer has subject matter jurisdiction after the dismissal of Defendant SBA.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 6, 2011          By: _____
                                Hon.
                                Judge                          District Court for the
                                Northern



[PROPOSED] ORDER DISMISSING SBA & REMANDING ACTION, PURSUANT TO STIPULATION
CASE NO. 3:10-CV-04257-MEJ