EDWARD A. TREDER
State Bar No. 116307
GRACE K. EVERITT
State Bar No. 245844
**BARRETT DAFFIN & FRAPPIER TREDER & WEISS, LLP**
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765
(972) 340-7918 – Phone
(972) 341-0783 – Fax
GraceE@BDFGroup.com
File No. 20100177900549

Attorneys for Plaintiff, Norwest Financial Acceptance, Inc. dba Wells Fargo Financial Retail Credit, Inc.,

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NORWEST FINANCIAL ACCEPTANCE, INC. doing business as WELLS FARGO FINANCIAL RETAIL CREDIT, INC., its successors and/or assigns,<br><br>Plaintiff,<br><br>vs.<br><br>BRAD A. ZAZZETTI, an individual; PEGGY SUE ZAZZETTI, an individual; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA, a Delaware corporation; ADMINISTRATOR OF THE U.S. SMALL BUSINESS ADMINISTRATION, an agency of the government of the United States of America, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  3:10-CV-04257-MEJ<br><br>UNLIMITED CIVIL<br><br>ASSIGNED FOR ALL PURPOSES TO: HON. MARIA-ELENA JAMES, ROOM B<br><br>**[REVISED ~~PROPOSED~~] ORDER DISMISSING DEFENDANT ADMINISTRATOR OF THE U.S. SMALL BUSINESS ADMINISTRATION ("SBA") AND REMANDING THIS ACTION TO THE CALIFORNIA SUPERIOR COURT, PURSUANT TO STIPULATION** |

///

All parties herein who have appeared in this action, including Defendant ADMINISTRATOR OF THE U.S. SMALL BUSINESS ADMINISTRATION ("SBA") and Plaintiff NORWEST FINANCIAL ACCEPTANCE, INC. doing business as WELLS FARGO FINANCIAL RETAIL CREDIT, INC ("Plaintiff"), having stipulated to a dismissal of the aforesaid Defendant SBA from this action and to remand this action back to State court, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY:

**ORDERED THAT** Defendant ADMINISTRATOR OF THE U.S. SMALL BUSINESS ADMINISTRATION ("SBA") is hereby dismissed from this action; and it is further

**ORDERED THAT** this action is remanded back to the Superior Court of the State of California for the County of <u>Sonoma</u> since this Court no longer has subject matter jurisdiction after the dismissal of Defendant SBA.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 1, 2011        By: _____
Hon.
Judge                                   District Court for the
Northern



# CERTIFICATE OF SERVICE

STATE OF TEXAS, COUNTY OF DALLAS

I, Grace K. Everitt, declare as follows: I am employed in Dallas County, I am over the age of eighteen years and am not a party to the within entitled action; my business address is 15000 Surveyor Blvd., Addison, Texas

I, Grace K. Everitt, hereby certify that on January 31, 2011, a true and correct copy of **[REVISED PROPOSED] ORDER DISMISSING DEFENDANT ADMINISTRATOR OF THE U.S. SMALL BUSINESS ADMINISTRATION ("SBA") AND REMANDING THIS ACTION TO THE CALIFORNIA SUPERIOR COURT, PURSUANT TO STIPULATION** was filed electronically and is available for viewing and downloading from the ECF system.

Unless otherwise noted herein, the following parties are deemed to have consented to electronic service of documents filed through the ECF system:

Plaintiff's Lawyer
Melinda Haag (CABN 132612)
United States Attorney
Joann M. Swanson (CABN 88143)
Chief, Civil Division
Edwin L. Joe (CABN 112328)
Special Assistant U.S. Attorney
455 MARKET STREET, SUITE 600
SAN FRANCISCO, CA 94105
T: 415-744-8494/ F: 415-744-9812
Email: Edwin.joe@sba.gov


Email: Edwin.joe@sba.gov

I, Grace K. Everitt, hereby certify that on January 31, 2011, a true and correct copy of **[REVISED PROPOSED] ORDER DISMISSING DEFENDANT ADMINISTRATOR OF THE U.S. SMALL BUSINESS ADMINISTRATION ("SBA") AND REMANDING THIS ACTION TO THE CALIFORNIA SUPERIOR COURT, PURSUANT TO STIPULATION** was mailed to the following interested parties by USPS regular mail, prepaid, addressed as follows:

Brad A. Zazzetti
10883 Old River Rd.
Forestville, CA 95436

Peggy Sue Zazzetti
10883 Old River Rd.
Forestville, CA 95436

Mortgage Electronic Registration Systems, Inc.
Attn: Registered Agent
3300 SW 34th Ave., Suite 101

Household Finance Corporation of California
CT Corporation System
818 West Seventh Street

3

Ocala, FL 34474                              Los Angeles, CA 90017

I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Dallas, Texas, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing affidavit/declaration.

I declare under penalty of perjury under the laws of the United States of California that the above is true and correct.

Executed on January 31, 2011, at Dallas, Texas.

s/Grace K. Everitt
Grace K. Everitt